# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00096-CV

**Clem Pater III, as Guardian of the Estate of Mary J. St. John, Appellant**

**v.**

**Brenda DuPont, as Guardian of the Person of Mary J. St. John, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 12-0529-CP4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Clem Pater III, guardian of the estate of Mary J. St. John, appeals from an order of receipt and acceptance of foreign guardianship and order appointing guardian. After Pater failed to timely file his brief, the Clerk of this Court wrote him advising that his brief was overdue and that if he did not file a brief or otherwise respond by August 8, 2014, his appeal would be subject to dismissal for want of prosecution. The August 8 deadline has passed, and Pater has made no response. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Prosecution

Filed: August 22, 2014